ELBERT F. HOLSAPPLE, Respondent, *v.* INTERNATIONAL
PAPER COMPANY, Appellant.

*Holsapple* v. *International Paper Co.*, 161 App. Div. 894, affirmed.
(Argued December 6, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered January 23, 1914, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of the defendant. The
complaint alleged a cause of action, both at common law
and under the Labor Law, for injuries sustained by the
plaintiff, a painter employed by the defendant, caused by
a defective scaffolding. The defense was denial and con-
tributory negligence.

*L. B. McKelvey* for appellant.

*W. P. Butler* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, HOGAN, SEABURY and
POUND, JJ. Dissenting on the ground that it was error
as matter of law to hold that the plank from which the
plaintiff fell was a scaffold: WILLARD BARTLETT, Ch. J.,
and COLLIN, J.